UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DELOREAN KING,

    Plaintiff,

v.          Case No. 10-12133

TODD EBY, et al.,

    Defendants.
                                         /

**ORDER AMENDING "ORDER OF DISMISSAL" AND
SETTING STATUS CONFERENCE**

Following notification of amicable resolution, the court issued an order dismissing this case without prejudice on February 23, 2011. As the anticipated settlement has not yet been finalized, the court will amend its previous order. Accordingly,

IT IS ORDERED that the "Order of Dismissal" issued on February 23, 2011, is amended such that the above-captioned action will remain DISMISSED without costs and without prejudice until **June 24, 2011**. Absent notification of a mutually agreeable resolution on or before **June 24, 2011**, the court will vacate the "Order of Dismissal," and issue a scheduling order in which discovery will conclude on October 1, 2011.

IT IS FURTHER ORDERED that counsel for Plaintiff and Defendants and a representative of Defendant City of Detroit with decision-making authority attend a status conference before the court on **May 24, 2011, at 2:00 p.m.** Counsel for Defendants will file a notice of the representative's identity by **May 20, 2011**.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: April 27, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 27, 2011, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522